**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EVA RUIZ and JUAN J. PADRON RUIZ,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: **2:18-cv-06307-AB-PD**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

Plaintiffs EVA RUIZ and JUAN J. PADRON RUIZ ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $2,478.76 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

-1-

-2-

(2) That Defendant shall pay the sum of $2,478.76 to Plaintiffs within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2025

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT